UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: __14-9309__ |
| v. | : | CRIMINAL ACTION |
| __Latasha James__ | : | ORDER OF RELEASE |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

- [x] Reporting, as directed, to U.S. Pretrial Services;
- [ ] Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;
- [x] Mental Health testing/treatment as directed by U.S. Pretrial Services:
- [x] The defendant shall appear at all future court proceedings;
- [x] Other: __Anger Management__

__Latasha James__                                     __11/20/14__
DEFENDANT                                                  DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

__11/20/2014__
DATE